## ATTACHMENT A
**Property to Be Searched**

This warrant applies to information associated with Facebook account **100006156197762** that is stored at premises owned, maintained, controlled, or operated by Facebook, Inc., a company headquartered at 1601 Willow Road, Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized and Procedures to Facilitate Execution of the Warrant

**I.   Information to be disclosed by Facebook, Inc. (the "Provider") to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any messages, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A (the "Account"):

(a) The contents of any available messages or other communication associated with the Account (including, but not limited to, messages, draft messages, attachments, posts, chats, Stories, video calling history, Friend requests, discussions, recordings, images, or communications of any kind sent to and from the Account, including stored or preserved copies thereof), the source and destination addresses and all IP addresses associated with each message, the date and time at which each message was sent, and the size and length of each message, for the period from September 1, 2014, to and including, October 31, 2014;

(b) All photos and videos uploaded by the Account and all photos or videos uploaded that have the Account tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos, for the period from September 1, 2014, to and including, October 31, 2014;

(c) All records or other information regarding the identification of the Account, to include full name, physical address, telephone numbers, birthdate, security questions and passwords, and other personal identifying information, records of session times and durations, the date on which the Account was created, the length of service, types of services utilized by the Account, the IP address used to register the Account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number), and any account(s) linked by machine cookies (meaning all Facebook user-IDs that logged into Facebook by the same machine as the Account);

(d) All records or other information, including address books, contact and Friend lists, calendar data, and files; profile information; News Feed information; Wall postings; Notes; groups and networks of which the Account is a member; future and past event postings; rejected "Friend" requests and blocked users; status updates; comments; gifts; pokes; tags; the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked"; searches performed by the Account; privacy settings, including privacy settings for individual Facebook posts and activities; information about the Account's access and use of Facebook applications; and the Account's access and use of Facebook Marketplace, for the period from September 1, 2014, to and including, October 31, 2014; and

(e) All "check ins" and other location information; and

(f) All records pertaining to communications between the Provider and any person regarding the Account, including contacts with support services and records of actions taken.

The Provider shall deliver the information set forth above via United States mail or courier to: Supervisory Special Agent Robert C. Basáñez, Federal Bureau of Investigation, J. Edgar Hoover Building, MLAT Unit, Room 7848, 935 Pennsylvania Avenue, NW, Washington D.C. 20535-0001 or e-mail to HQ_ISP_MLAT_Returns@FBI.gov.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of murder, terrorism, and war crimes offenses in violation of the criminal laws of Germany, specifically, sections 52, 53, 129a, 129b, and 211 of the German Criminal Code and section 8 of the German Code of Crimes against International Law, including, for the account or identifier listed on Attachment A (the "Account"), information pertaining to the following matters:

(a) Files, documents, video, photographs, recordings, images, messages, chats, posts or any other communications involving the Account's communication regarding the activity described above, including but not limited to the capturing, harming, or killing of any individual in Syria in 2013, or communication regarding the criminal investigation of Al Khalaf for his activities in Syria or Germany;

(b) Evidence indicating how and when the Account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Account owner;

(c) The identity of the person(s) who created or used the Facebook user ID; and

(d) Identification of suspect, coconspirators, accomplices, aiders and abettors in the commission of the above offenses.

### III. Government procedures for warrant execution

The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II. That information that is within the scope of Section II may be copied and retained by the United States and shared with appropriate foreign authorities.

Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.