AO 93 (Rev 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with the Facebook Account 100006156197762 that is stored at premises controlled by Facebook, Inc. | Case: 1:18-ml-00446<br>Assigned To : Magistrate Judge Meriweather, Robin M.<br>Assign. Date : 6/22/2018<br>Description: Search and Seizure Warrant |
|---|---|

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     __Northern__     District of     __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

YOU ARE COMMANDED to execute this warrant on or before     __JUL 0 6 2018__     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     __Robin M. Meriweather, United States Magistrate Judge__     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed JUN 2 2 2018)*, the facts justifying, the later specific date of _____ .

Date and time issued:     __@2pM__     _____
                                                                                                *Judge's signature*

City and state:     Washington, D.C.     Robin M. Meriweather, United States Magistrate Judge
                                                                                                *Printed name and title*

*AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| *Case No.:* <br> 1:18-ml-00446 | *Date and time warrant executed:* <br> 06/22/2018 0:00 am | *Copy of warrant and inventory left with:* <br> Facebook Law Enforcement Portal |
| *Inventory made in the presence of:* <br> Supervisory Special Agent, Robert C. Basáñez | | |
| *Inventory of the property taken and name of any person(s) seized:* <br><br> The FBI executed a search warrant on Facebook, Inc. via the Facebook Law Enforcement Portal on June 22, 2018. In response, on August 1, 2018 Facebook, Inc. provided production returns containing information associated with Facebook Account ID 100006156197762 that is stored at the premises owned, maintained, controlled, or operated by Facebook, Inc., 1601 Willow Road, Menlo Park, California. | | |

**FILED**

**FEB - 6 2019**

Clerk, U.S. District and Bankruptcy Courts

| **Certification** |
|---|
| *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.* <br><br> Date: 10/05/2018                *Executing officer's signature* <br><br>                                                  Special Agent, Addie Gilestra <br>                                                    *Printed name and title* |